BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0267 LKK |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT** |
| ROBERT WILLIAM CRAMER,<br>   aka Earnest Helton Tolbert,<br>   aka Ernest Helton Tolbert, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment against the defendant in the above-captioned matter.

DATED: December 28, 2011      By: Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney


                              */s/ Kyle Reardon*_____
                              KYLE REARDON
                              Assistant United States Attorney

```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-CR-0267 LKK |
| Plaintiff, ) | |
| v. ) | **ORDER DISMISSING INDICTMENT** |
| ROBERT WILLIAM CRAMER, ) | |
|    aka Earnest Helton Tolbert, ) | |
|    aka Ernest Helton Tolbert, ) | |
| Defendant. ) | |

APPROVED AND SO ORDERED.

The government's motion to dismiss the Indictment is GRANTED.

Dated: January 9, 2012_

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT